| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Hall, Peter W. | 2. Court or Organization  Court of Appeals -- 2d Circuit | 3. Date of Report  05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  United States Court of Appeals P.O. Box 885 Rutland, VT 05702-0885 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Executive Committee | Sterry Waterman Inns of Court Chapter, Southern Vermont |
| 2. Member, Board of Directors | Federal Judges Association |
| 3. Member, Board of Trustees | Vermont Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | Shareholders in former law firm, Kenlan, Schwiebert, Facey & Goss, P.C.; cont'd participation (for fund manager's services only) in vested law firm 401(k) fund |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 9:37 FINANCIAL DISCLOSURE OFFICE

Hall_Peter_W

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | February 15-18, 2008 | Ithaca, New York | Judging Moot Court | Transportation, food, lodging |
| 2. | Univ. of California - Berkley - Boalt Law School | April 10-15, 2008 | San Francisco, CA | Judging Moot Court | Transportation, food, lodging |
| 3. | Federal Judges Association | May 3-4, 2008 | Pentagon City, Virginia | Board Meeting | Transportation, food, lodging |
| 4. | Vermont Law School | August 3-4, 2008 | Stowe, Vermont | Trustees Meeting | Food, lodging |
| 5. | Federal Bar Council | October 24-26, 2008 | Lennox, Massachusetts | Educational Seminar | Food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Academic Management Services | Tuition payment plan #5 | None |
| 2. | Bank of America | Credit line and Card | K |
| 3. | Massachusetts Mutual Life Insurance Company | Loan against whole life value | J |
| 4. | NationwideFinancial Services Insurance | Loan against whole life value | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CIGNA (common) | A | Dividend | J | T | | | | | |
| 2. IRA: Fidelity Asset Manager 50% Mutual Fund | B | Dividend | K | T | | | | | |
| 3. John Hancock -- U.S. Government Securities Fund | C | Dividend | M | T | | | | | |
| 4. Interest in timber & land, Shaftsbury, VT | A | Rent | L | W | Sold (part) | 08/18 | K | D | Kenneth Kennedy |
| 5. Installment note from Kenneth Kennedy for land (4, above) | | None | K | T | | | | | |
| 6. Rental portion of personal residence, Rutland, VT | D | Rent | K | W | | | | | |
| 7. Nationwide Life Ins. Co. of Amer. whole life ins. Policy | A | Dividend | K | U | | | | | |
| 8. Massachusetts Mutual Life Ins. Co. -- whole life ins. Policy | A | Dividend | K | U | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Peter W. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes for Part VII:

Part VII, line 4 -- rental income from sugar bush; also I sold a portion of the land that was owned and reported on this form in previous years. The sale was of the fee interest in that land; it was sold in an installment sale in which a mortgage and note was given for the unpaid portion. I have reported that portion that was received in the reporting year and have listed the note as an asset in line 5.

Part VII, line 5 -- the note identified is the note for the balance owed on the installment sale identified in line 4, above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544